

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pulse Electronics, Inc., a Delaware corporation<br><br>**Plaintiff,**<br><br>V.<br><br>U.D. Electronic Corp., a Taiwan corporation<br><br>**Defendant.** | Civil Action No. 20-cv-01676-BEN-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to Dismiss is GRANTED. Plaintiff's Complaint is dismissed without prejudice. Leave to amend is denied as the claims are not ripe. However, Plaintiff may re-file its complaint once the Director issues the certificate providing Plaintiff exclusion rights as to claims 18, 19, 22, and 23, provided the 302 Patent claims have not expired by that time. Plaintiff's request for a stay, made in its opposition papers, is DENIED. The Clerk of the Court is directed to close this case.

| | |
|---|---|
| **Date:** 4/12/21 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ M. Exler<br>M. Exler, Deputy |